MUSGROVE and others *v.* NASH and others.

A receiver cannot be compelled to account and show his books to a party in the suit : He is to account to the court only.

*October* 31, 1837.

*Practice.*
*Receiver.*

IN this case, the defendants' rights were not finally adjudicated upon; they had, however, succeeded in dissolving an injunction which restrained them from collecting rents. A receiver had therefore been appointed ; and he had former rents in his hands. The defendants, by petition, asked, not only to take the moneys which were in such receiver's hands, but complained against the receiver for not having furnished them with statements, upon their asking him to account to them.

THE VICE-CHANCELLOR said, that as the rights of these defendants had not been finally passed·upon and proof might be taken to disprove their answers, the money must remain in the hands of the receiver until hearing and decree. It would then be paid over to the proper person. Also, that the receiver could not be compelled, in the middle of a suit, to account to a party. He is only to account to the court, under the rules ; and which are so definite that he cannot escape such accounting. He is the officer of the court and not of the party.

Motion denied.